**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | No.    13-cv-849 JPG-PMF |
| v. | ) ) | |
| ELECTROLUX HOME PRODUCTS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM AND  ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 34).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action

without a court order pursuant to a stipulation signed by all parties.  Here, plaintiff has presented

a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is

**DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: August 29, 2014

_s/J. Phil Gilbert_____
UNITED STATES DISTRICT JUDGE